# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 2, 2020

160198

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

BRENDA FORD WHITE,
        Plaintiff-Appellant,

and

PATRICK FORD,
        Plaintiff,

v

O.L. MATTHEWS, M.D., WOOK KIM, M.D.,
JORAM MOGAKA, M.D., HARPER
UNIVERSITY HOSPITAL and ST. JOHN'S
HOSPITAL AND MEDICAL CENTER, INC.,
        Defendants-Appellees.
_____/

SC: 160198
COA: 348497
Wayne CC: 13-013472-NH

On order of the Court, the application for leave to appeal the July 29, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 2, 2020



Clerk

a1216